

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00227-CV

EDNA MASONIC LODGE #767
v.
DAMON MOORE THE CHIEF APPRAISER JACKSON
CENTRAL APPRAISAL DISTRICT

On Appeal from the
267th District Court of Jackson County, Texas
Trial Court Cause No. TAX08832

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment VACATED and the appeal is DISMISSED. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

July 6, 2023